UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONAL ASSOCIATION OF
OPTOMETRISTS & OPTICIANS;
LENSCRAFTERS, INC; and EYE
CARE CENTERS OF AMERICA, INC.,

        Plaintiffs,

   v.

BILL LOCKYER, in his official
capacity as Attorney General
of the State of California; and
KATHLEEN HAMILTON, in her official
capacity as Director of the
Department of Consumer Affairs,

        Defendants.

        /

NO. CIV. S-02-1464 LKK/DAD

O R D E R

On March 10, 2004, the above-captioned case was stayed pending the outcome of proceedings currently before the California Supreme Court.

////

////

////

1

1  Accordingly, the Clerk is directed to administratively
2 close the above-captioned matter and the parties are ordered to
3 notify the court within ten (10) days of the disposition of the
4 case currently before the California Supreme Court.
5  IT IS SO ORDERED.
6  DATED: September 29, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT