1  BILL LOCKYER
   Attorney General of the State of California
2  ALBERT NORMAN SHELDEN
   Senior Assistant Attorney General
3  LINDA SCHNEIDER (SBN 101336)
   Supervising Deputy Attorney General
4  JENNIFER L. WECK (SBN 173486)
   SHERRY LEDAKIS (SBN 131767)
5  G. MICHAEL GERMAN (SBN 103312)
   Deputy Attorneys General
6  Department of Justice
     110 West A Street, Suite 1100
7    San Diego, CA 92101
     P.O. Box 85266
8    San Diego, CA 92186-5266
     Telephone: (619) 645-2653, (619) 645-3037
9    Fax:        (619) 645-2061
   Attorneys for  Defendants
10
                 IN THE UNITED STATES DISTRICT COURT
11
        FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION
12
   | **NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA INC.** | CIV S-02-1464 LKK DAD |
   |---|---|
13 |   | **NOTICE OF SUBSTITUTION OF DEFENDANT & ORDER THEREON** |
14 |   |   |
   | Plaintiffs, |   |
15 | **v.** | Hon. Lawrence K. Karlton |
16 | **BILL LOCKYER, in his official capacity as Attorney General of the State of California; KATHLEEN HAMILTON, in her official capacity as Director of the Department of Consumer Affairs,** |   |
17 |   |   |
18 |   |   |
   | Defendants. |   |
19

20
           Pursuant to the provisions of Fed. R. Civ. P. 25(d)(1), Defendants advise the Court and
21
   all parties that Charlene Zettel has replaced Kathleen Hamilton, as the Director of the
22
   Department of Consumer Affairs, and ask the Court to order that the docket and caption of all
23
   further pleadings in this action be amended to substitute Charlene Zettel, in her official capacity
24
   as Director of the Department of Consumer Affairs, Defendant, in place of Kathleen Hamilton.
25
           Dated:  June 27, 2006             BILL LOCKYER
26                                           Attorney General of the State of California

27                                           /signature on original
28                                           G. MICHAEL GERMAN
                                             Deputy Attorney General
                                             Attorneys for Defendants

   Defts' FRCvP 25(d)(1) Notice & Proposed Order                    CIV-S-02-1464 LKK DAD

                                           1

1 **O R D E R**

2          Pursuant to the provisions of Fed. R. Civ. P. 25(d)(1), and upon Defendants' advice

3 that Charlene Zettel has replaced Kathleen Hamilton, as the Director of the Department of

4 Consumer Affairs,

5          IT IS ORDERED that the docket and caption of all further pleadings in this action be

6 amended to substitute Charlene Zettel, in her official capacity as Director of the Department of

7 Consumer Affairs, Defendant, in place of Kathleen Hamilton, and the Clerk and all parties are

8 directed to amend their records and pleadings accordingly.

9 DATED:  June 30, 2006.

10          IT IS SO ORDERED.

11                                                                    _____

                                                                      Lawrence K. Karlton
12                                                                    Senior Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 SD2002CV0702

28

Defts' FRCvP 25(d)(1) Notice & Proposed Order                                          CIV-S-02-1464 LKK DAD

2