UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONAL ASSOCIATION OF
OPTOMETRISTS & OPTICIANS;
LENSCRAFTERS, INC; and EYE
CARE CENTERS OF AMERICA, INC.,

    Plaintiffs,

  v.

BILL LOCKYER, in his official
capacity as Attorney General
of the State of California; and
CHARLENE ZETTEL, in her official
capacity as Director of the
Department of Consumer Affairs,

    Defendants.

                                    /

NO. CIV. S-02-1464 LKK/DAD

O R D E R

    A Status Conference was held in the above-captioned case on June 26, 2006.  Both parties informed the court that the recent decision in <u>People v. Cole (Pearle Vision)</u>, Case. No. S121724, justifies lifting the previously ordered stay and proceeding to the merits of plaintiff's claims.  Accordingly, the court ORDERS as follows:

1

1.  The previously-ordered stay is hereby LIFTED.

2.  Within thirty days of this order, both parties shall submit to the court a brief which outlines the status of the case. Specifically, the parties should address the following: (a) which motions remain to be adjudicated, (the court requests that counsel refer to specific docket numbers); (b) which portions of the previously filed record are necessary to the resolution of each of the motions, (counsel is requested to refer to specific docket numbers and explain how each set of exhibits is relevant to the specific motion); and (c) what effect, if any, the <u>Cole</u> decision has on the pending motions.

3.  The pending motions are hereby SET for oral argument on the court's regularly scheduled Law and Motion Calendar, on September 25, 2006, beginning at 10:00 a.m. in Courtroom 4.

IT IS SO ORDERED

DATED: July 17, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2