| | |
|---|---|
| 1 | BILL LOCKYER<br>Attorney General of the State of California |
| 2 | ALBERT NORMAN SHELDEN<br>Senior Assistant Attorney General |
| 3 | LINDA SCHNEIDER (SBN 101336)<br>Supervising Deputy Attorney General |
| 4 | JENNIFER L. WECK (SBN 173486)<br>SHERRY LEDAKIS (SBN 131767) |
| 5 | G. MICHAEL GERMAN (SBN 103312)<br>Deputy Attorneys General |
| 6 | Department of Justice<br>110 West "A" Street, Suite 1100 |
| 7 | San Diego, CA 92101<br>P.O. Box 85266 |
| 8 | San Diego, CA 92186-5266<br>Telephone: (619) 645-2653, (619) 645-3037 |
| 9 | Facsimile: (619) 645-2061 |
|   | Attorneys for Defendant |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA INC.,<br><br>Plaintiffs,<br>v.<br><br>BILL LOCKYER, in his official capacity as Attorney General of the State of California; CHARLENE ZETTEL, in her official capacity as Director of the Department of Consumer Affairs,<br><br>Defendants. | Case No. CIV S-02-1464 LKK DAD<br><br>[PROPOSED] ORDER TO SEAL IDENTIFIED DOCUMENT PURSUANT TO PROTECTIVE ORDER |

Defendants have included confidential information in their Final Index, Summary and Relevance of Evidence on File with the Court Related to Pending Summary Judgment Motions which was updated to comply with the Court's Order of July 17, 2006 - **Under Seal Version** which was electronically filed on August 15, 2006, with a request to the clerk to keep the document confidential to be served on parties only. Since filing, defendants have learned that the correct means of filing under seal documents is to provide them directly to the Judge, rather than submitting them electronically. Therefore, because of this error, Defendants request this correction by the Court.

1  IT IS HEREBY ORDERED that the Defendants' Final Index, Summary and Relevance of Evidence on File with the Court Related to Pending Summary Judgment Motions which was updated to comply with the Court's Order of July 17, 2006 - **Under Seal Version,** is accepted for filing as an under seal document pursuant to the protective order in this case.

In addition, because Defendants erroneously filed said document electronically on August 15, 2006, the clerk of the Court is hereby ordered to remove Docket Number 396 entitled Defendants' Final Index, Summary and Relevance of Evidence of File with the Court Related to Pending Summary Judgment Motions which was updated to comply with Court's Order of July 17, 2006 - **Under Seal Version** from the public court file.

IT IS SO ORDERED.

Dated 8/23/06

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATE DISTRICT COURT

2