1  MICHAEL M. CARLSON (Bar No. 88048)
   LORI A. SCHECHTER (Bar No. 139728)
2  EUGENE ILLOVSKY (Bar No. 117892)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California  94105-2482
4  Telephone:    (415) 268-7000
   Facsimile:    (415) 268-7522
5
   BARRY FRIEDMAN (*pro hac vice*)
6  New York University School of Law
   40 Washington Square South, Room 317
7  New York, New York 10012-1099
   Telephone:    (212) 998-6293
8  Facsimile:    (212) 995-4030

9  Attorneys for Plaintiffs
   NATIONAL ASSOCIATION OF OPTOMETRISTS &
10 OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS
   OF AMERICA, INC.

11

12                             UNITED STATES DISTRICT COURT

13                             EASTERN DISTRICT OF CALIFORNIA

14

15

16  NATIONAL ASSOCIATION OF                    Case No.   CIV-S-02-1464 LKK DAD
    OPTOMETRISTS & OPTICIANS,
    LENSCRAFTERS, INC., EYE CARE CENTERS
17  OF AMERICA, INC.,
                                               **AMENDED JUDGMENT**
18                 Plaintiff,

19       v.

20  BILL LOCKYER, in his official capacity as
    Attorney General of the State of California, and
21  CHARLENE ZETTEL, in her official capacity as
    Director of Department of Consumer Affairs,
22
                   Defendants.
23

24

25

26

27

28

[PROPOSED] AMENDED JUDGMENT
CASE NO. CIV-S-02-1464 LKK DAD
sf-2239623

PDF created with pdfFactory trial version www.pdffactory.com

1   On December 6, 2006, the Court issued its order granting Plaintiffs' motions for summary judgment as to discriminatory effect and as to non-discriminatory alternatives, and finding that California's Business & Professions Code, §§ 655, 2556 and 3103 (as renumbered from section 3130, effective January 1, 2006), and two companion regulations, 16 Cal. Code of Regs., Title 16 §§ 1399.251 and 1514, violate the dormant aspect of the Commerce Clause of the United States Constitution.  In accordance with the Court's order, of December 6, 2006,

IT IS ORDERED AND ADJUDGED:

It is hereby DECLARED that California Business & Professions Code, §§ 655, 2556 and 3103, and two companion regulations, 16 Cal. Code of Regs., Title 16 §§ 1399.251 and 1514, are unconstitutional as they violate the dormant aspect of the Commerce Clause of the United States Constitution, to the extent that individually, or taken together, they prohibit optical companies from offering prescription eyewear at the same location in which eye examinations are provided, and from advertising that eyewear and eye examinations are available in the same location.

Defendants are hereby permanently ENJOINED and PROHIBITED from enforcing California Business & Professions Code, §§ 655, 2556 and 3103, and two companion regulations, 16 Cal. Code of Regs., Title 16 §§ 1399.251 and 1514, either individually, or taken together, so as to prohibit optical companies from offering prescription eyewear at the same location in which eye examinations are provided, and from advertising that eyewear and eye examinations are available in the same location.

Unaffected by this Judgment is the provision in Cal. Bus. & Prof. Code § 2556 making it "unlawful to duplicate or change lenses without a prescription or order from a person duly licensed to issue the same."

Dated:  December 13, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[PROPOSED] AMENDED JUDGMENT
CASE NO. CIV-S-02-1464 LKK DAD
sf-2239623

1

PDF created with pdfFactory trial version www.pdffactory.com