1  MICHAEL M. CARLSON (Bar No. 88048)
   LORI A. SCHECHTER (Bar No. 139728)
2  EUGENE ILLOVSKY (Bar No. 117892)
   MORRISON & FOERSTER LLP
3  425 Market Street
   San Francisco, California 94105-2482
4  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
5
   BARRY FRIEDMAN (*pro hac vice*)
6  New York University School of Law
   40 Washington Square South, Room 317
7  New York, New York 10012-1099
   Telephone:  (212) 998-6293
8  Facsimile:  (212) 995-4030

9  Attorneys for Plaintiffs
   NATIONAL ASSOCIATION OF OPTOMETRISTS &
10 OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS
   OF AMERICA, INC.

11

12                       UNITED STATES DISTRICT COURT

13                       EASTERN DISTRICT OF CALIFORNIA

14

15
   NATIONAL ASSOCIATION OF                 Case No.   CIV-S-02-1464 LKK DAD
16 OPTOMETRISTS & OPTICIANS,
   LENSCRAFTERS, INC., EYE CARE CENTERS
17 OF AMERICA, INC.,
                                           **APPLICATION AND ORDER FOR**
18            Plaintiff,                   **EXTENSION OF TIME TO SUBMIT**
                                           **BILL OF COSTS**
19        v.

20 BILL LOCKYER, in his official capacity as
   Attorney General of the State of California, and
21 CHARLENE ZETTEL, in her official capacity as
   Director of Department of Consumer Affairs,
22
              Defendants.
23

24

25

26

27

28

APPLICATION AND [PROP.] ORDER FOR EXTENSION OF TIME
CASE NO. CIV-S-02-1464 LKK DAD
sf-2246523

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiffs National Association of Optometrists & Opticians, LensCrafters, Inc., and
2  Eye Care Centers of America, Inc., hereby submit this Application for an Extension of Time to
3  file its Costs Bill, pursuant to Local Rule 54-292.  The Cost Bill is currently due to be filed on
4  Friday, December 29, 2006.  Plaintiffs request an extension until January 16, 2007, the same day
5  Plaintiffs' motion for attorneys' fees is due pursuant to Local Rule 54-293.

6  **MEMORANDUM OF POINTS AND AUTHORITIES**

7  1. An amended judgment was entered in this case on December 14, 2006.  Thus under
8  L.R. 54-292(b), a Costs Bill must be filed by December 29, 2006.  Under L.R. 54-293(a), a
9  motion for attorneys' fees is due on January 16, 2006.

10  2. This matter has been pending in this Court for over four years.  Consequently, the
11  costs bill, and more precisely, the supporting invoices are quite voluminous and complex.

12  3. Given the voluminous nature of the supporting documents and the intervening
13  holidays, and scheduled vacations, Plaintiffs need additional time to submit a fully supported
14  Costs Bill.

15  4. Based on the foregoing, Plaintiffs respectfully requests that the Court enter its Order
16  (in the form submitted herewith) granting an extension until January 16, 2007 to file the Cost
17  Bill, at the same time their motion for attorneys' fees is due.

18  Dated: December 21, 2006          Respectfully Submitted,

19                                    MICHAEL M. CARLSON
                                      LORI A. SCHECHTER
20                                    EUGENE ILLOVSKY
                                      MORRISON & FOERSTER LLP
21
                                      By:  /s/ Lori A. Schechter
22                                         Lori A. Schechter

23                                    Attorneys for Plaintiffs NATIONAL
                                      ASSOCIATION OF OPTOMETRISTS &
24                                    OPTICIANS, LENSCRAFTERS, INC., EYE CARE
                                      CENTERS OF AMERICA, INC.
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER**

2  Upon Application of Plaintiffs for an extension of time to file its Costs Bill, pursuant to

3 L.R. 54-292, , and good cause appearing,

4  IT IS HEREBY ORDERED that Plaintiffs Costs Bill is to be filed no later than January

5 16, 2007.

6

7  Dated:  December  21,  2006

8

9

10  LAWRENCE K. KARLTON
   SENIOR JUDGE
11  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com