MICHAEL M. CARLSON (Bar No. 88048)
LORI A. SCHECHTER (Bar No. 139728)
EUGENE ILLOVSKY (Bar No. 117892)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:     (415) 268-7000
Facsimile:     (415) 268-7522

BARRY FRIEDMAN (*pro hac vice*)
New York University School of Law
40 Washington Square South, Room 317
New York, New York 10012-1099
Telephone:     (212) 998-6293
Facsimile:     (212) 995-4030

Attorneys for Plaintiffs
NATIONAL ASSOCIATION OF OPTOMETRISTS &
OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS
OF AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BILL LOCKYER, in his official capacity as Attorney General of the State of California, and CHARLENE ZETTEL, in her official capacity as Director of Department of Consumer Affairs,<br><br>Defendants. | Case No.   CIV-S-02-1464 LKK DAD<br><br>**STIPULATION AND ORDER STAYING FILING OF PLAINTIFFS MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS UNTIL RESOLUTION OF NINTH CIRCUIT APPEAL** |

PDF created with pdfFactory trial version www.pdffactory.com

1    The parties hereby stipulate and agree to stay the time for Plaintiffs to file a motion for a

2    cost bill, pursuant to Local Rule 54-292 and a motion for award of attorneys' fees pursuant to

3    Local Rule 54-293, until such time as the appeal of this matter is resolved in the Ninth Circuit, as

4    follows:

5    WHEREAS, pursuant to Local Rule 54-293(a), a motion for attorneys' fees is currently

6    due on January 16, 2007;

7    WHEREAS, on December 22, 2006, the Court granted an extension of time for Plaintiffs

8    to file a Costs Bill until January 16, 2007;

9    WHEREAS, Defendant Bill Lockyer filed his notice of appeal in this matter on Friday,

10   January 5, 2007;

11   WHEREAS, Defendants have requested that Plaintiffs agree to stay the filing of their

12   costs bill and motion for attorneys fees until resolution of the appeal; and plaintiffs have agreed to

13   such a stay.

14   NOW THEREFORE, the parties stipulate and agree that:

15   Plaintiffs shall have 45 days after the final resolution of Defendant Lockyer's appeal in

16   this matter to file a Costs Bill pursuant to Local Rule 54-292 and to file a motion for an award of

17   attorneys' fees pursuant to Local Rule 54-293.

18   Dated:  January 9, 2007

19                                      MORRISON & FOERSTER LLP

20

21                                      By:  /s/ Lori A. Schechter
                                             Lori A. Schechter

22                                           *Attorney for Plaintiffs*

23   Dated:  January 9, 2007

24                                      BILL LOCKYER, Attorney General
                                         of the State of California

25

26                                      By:  /s/ Linda K. Schneider
                                             Linda K. Schneider

27                                           Supervising Deputy Attorney General
                                             Attorney for Defendants

28

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS SO ORDERED.

2

3    Dated:  January 9, 2007

4

5

6                                                    LAWRENCE K. KARLTON
                                                     SENIOR JUDGE
7                                                    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROP.] ORDER FOR STAY RE: FEES AND COSTS                                   2
CASE NO. CIV-S-02-1464 LKK DAD
sf-2251808

PDF created with pdfFactory trial version www.pdffactory.com