UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS; LENSCRAFTERS, INC; and EYE CARE CENTERS OF AMERICA, INC., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>BILL LOCKYER, in his official capacity as Attorney General of the State of California; and CHARLENE ZETTEL, in her official capacity as Director of the Department of Consumer Affairs, <br><br>　　　　Defendants. <br> ──────────────────────────────/ | NO. CIV. S-02-1464 LKK/DAD <br><br><br><br><br><br><br><br> O R D E R |

    Pending on the court's February 5, 2007, law and motion calendar is a motion to stay filed by defendants in the above captioned case.  The court is considering issuing a stay for thirty (30) days, at which point, defendants may seek an additional stay from the Ninth Circuit.  At oral argument on the matter, counsel should be prepared to address the following:

1

1. In light of the recent decision in People v. Cole, 38 Cal. 4th 964 (2006), what is the current status of the Knox-Keene plan arrangements?  Are plaintiffs continuing to operate under the Knox-Keene plan?  How, if at all, has Cole affected the status quo for optical companies that have partnered with optometrists?
2. What are the parties' thoughts on the court's proposed course of action, to wit, granting a thirty (30) day stay, at which point, defendants may seek an additional stay from the Ninth Circuit.

IT IS SO ORDERED.

DATED: January 24, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2