1
2
3
4
5
6
7
8
9
10
11
12

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| **NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA INC.**<br><br>Plaintiffs,<br><br>**v.**<br><br>**BILL LOCKYER, in his official capacity as Attorney General of the State of California; Charlene Zettel, in her official capacity as Director of the Department of Consumer Affairs,**<br><br>Defendants. | CIV S-02-1464 LKK DAD<br><br>**ORDER GRANTING NOTICE OF SUBSTITUTION OF DEFENDANTS**<br><br>Hon. Lawrence K. Karlton |

Pursuant to the provisions of Fed. R. Civ. P. 25(d)(1), and upon Defendants' advice that Edmund G. Brown Jr. has replaced Bill Lockyer, as the Attorney General of the State of California, and that Carrie Lopez has replaced Charlene Zettel, as the Director of the Department of Consumer Affairs,

IT IS ORDERED that the docket and caption of all further pleadings in this action be captioned to identify Edmund G. Brown Jr. in his official capacity as the Attorney General of the State of California, Defendant, in place of Bill Lockyer, and Carrie Lopez, in her official capacity

///

1  as Director of the Department of Consumer Affairs, Defendant, in place of Charlene Zettel, and the

2  Clerk and all parties are directed to file future pleadings accordingly.

3          DATED: May 29, 2007.

4

5

6                       LAWRENCE K. KARLTON

7                       SENIOR JUDGE
                        UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18  SD2002CV0702

19

20

21

22

23

24

25

26

27

28

Defts' FRCvP 25(d)(1) Notice & Proposed Order                                CIV-S-02-1464 LKK DAD