UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONAL ASSOCIATION OF
OPTOMETRISTS & OPTICIANS;
LENSCRAFTERS, INC; and EYE
CARE CENTERS OF AMERICA, INC.,

      Plaintiffs,

  v.

EDMUND G. BROWN, JR., in his
official capacity as Attorney
General of the State of
California; and CARRIE LOPEZ
in her official capacity as
Director of the Department of
Consumer Affairs,

      Defendants.
                               /

NO. CIV. S-02-1464 LKK/DAD

O R D E R

Plaintiffs in this case challenge various California statutes under the dormant commerce clause. The parties filed cross motions for summary judgment in 2004. After oral argument, this court stayed resolution of these motions, pending the California Supreme Court's decision in People v. Cole, 38 Cal, 4th 964 (2006). After Cole was decided, this court lifted the stay. On December 16,

1

2006, this court granted plaintiffs' motion for summary judgment, finding that the challenged provisions were discriminatory. <u>Nat'l Ass'n of Optometrists & Opticians v. Lockyer</u>, 463 F. Supp. 2d 1116 (E.D. Cal. 2006). On May 28, 2009, the Ninth Circuit reversed this order, concluding that the challenged provisions were not discriminatory, but remanding to this court for an evaluation of whether the statutes nonetheless place a burden on interstate commerce that outweighs their benefits, as set forth in <u>Pike v. Bruce Church, Inc.</u>, 397 U.S. 137, 142 (1970).

Defendants previously raised and briefed this issue in their motion for summary judgment filed on January 6, 2004 (Doc. No. 239, pages 61-65). However, in light of the complexity of the record, the length of time that has elapsed, and the fact that prior briefing and evidence is interspersed with issues not relevant to issues remaining in this case, the court finds that fresh briefing is appropriate. Accordingly, the court directs the parties to file cross motions for summary judgment, as follows:

1. Plaintiffs SHALL file and serve not later than forty-five (45) days from the date of this order a motion for summary judgment on the issue remanded by the Ninth Circuit.

2. Defendants SHALL file cross-motion and opposition not later than twenty (20) days thereafter.

3. Plaintiffs SHALL file an opposition and reply not later than ten (10) days thereafter.

4. Defendants MAY file a reply not later than ten (10) days

2

1         thereafter.
2   5.  Hearing on the motion is SET for November 9, 2009 at
3       10:00 AM in Courtroom Four.
4   IT IS SO ORDERED.
5   DATED: July 13, 2009.

                      _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT