UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS; LENSCRAFTERS, INC; and EYE CARE CENTERS OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., in his official capacity as Attorney General of the State of California; and CARRIE LOPEZ in her official capacity as Director of the Department of Consumer Affairs, <br><br> Defendants. | NO. CIV. S-02-1464 LKK/DAD <br><br><br> O R D E R |

The order issued on July 13, 2009 (Doc. No. 469) is hereby VACATED.

IT IS SO ORDERED.

DATED: July 13, 2009.

FRANK C. DAMRELL, JR.,
For SENIOR JUDGE
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

1