UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS; LENSCRAFTERS, INC; and EYE CARE CENTERS OF AMERICA, INC., <br><br>            Plaintiffs, <br><br>       v. <br><br>BILL LOCKYER, in his official capacity as Attorney General of the State of California; and CHARLENE ZETTEL, in her official capacity as Director of the Department of Consumer Affairs, <br><br>            Defendants. <br>_____/ | NO. CIV. S-02-1464 LKK/DAD <br><br><br><br><br><br><br>O R D E R |

     The court is in receipt of the Mandate from the Ninth Circuit in the above-captioned case.

     Plaintiff is to file a notice of whether it wishes to continue litigation not later than twenty (20) days from the date of this order.

////

1

1   IT IS SO ORDERED.

2   DATED: October 1, 2009.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```