UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONAL ASSOCIATION OF
OPTOMETRISTS & OPTICIANS;
LENSCRAFTERS, INC; and EYE
CARE CENTERS OF AMERICA, INC.,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., in his
official capacity as Attorney
General of the State of
California; and CARRIE LOPEZ
in her official capacity as
Director of the Department of
Consumer Affairs,

    Defendants.

          NO. CIV. S-02-1464 LKK/DAD

          O R D E R

Plaintiffs in this case will soon move for summary judgment, and plaintiffs request permission to file documents associated with this motion under seal. There is a strong presumption in favor of public access to documents filed in connection with dispositive motions such as a motion for summary judgment, and this presumption weighs against sealing such documents. Kamakana v. City & County

1

of Honolulu, 447 F.3d 1172, 1178 (9th Cir. 2006). In the context of a dispositive motion, "the district court must base its decision [to seal materials] on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1135 (9th Cir. 2003).

The court has previously adopted a stipulated sealing order in this case. (Doc. No. 117). In light of that order, the court tentatively GRANTS plaintiffs' motion (Doc. No. 477). Plaintiffs may file the following documents under seal:

* Plaintiff's memorandum of points and authorities in support of plaintiff's motion for summary judgment on Pike.

* Declaration of Roger G. Noll in Support of Plaintiffs' Motion for Summary Judgment on Pike, and exhibits attached thereto.

* Plaintiffs' Separate Statement of Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment on Pike.

Plaintiffs are cautioned, however, that this sealing is tentative. Kamakana, 447 F.3d at 1186. The court will revisit whether these documents should be permanently sealed at a later time, when it is possible to perform the fact specific analysis required by Foltz.

1        IT IS SO ORDERED.

2        DATED: January 22, 2010.

3

4

5                                   _____
                                    LAWRENCE K. KARLTON
6                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

3