IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, AND BRIAN J. STIGER, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE DEPARTMENT OF CONSUMER AFFAIRS,**<br><br>Defendants. | CIV-S-02-1464 LKK DAD<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE OF COURT TO MODIFY THE SUMMARY JUDGMENT BRIEFING SCHEDULE ON *PIKE*** <br><br>Date:       April 19, 2010<br>Time:       10:00 a.m.<br>Courtroom: 4<br>Judge       The Honorable Lawrence K. Karlton |

Defendants' Motion for Leave of Court to Modify the Summary Judgment Briefing Schedule on *Pike* having been read and considered, and good cause demonstrated,

IT IS HEREBY ORDERED:

(1)   No later than February 19, 2010, Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment on Pike and Motion for Summary Judgment on *Pike*;

1

PDF created with pdfFactory trial version www.pdffactory.com

1   (2) No later than March 15, 2010, Plaintiffs shall file their opposition to Defendants'
2   motion and their reply brief;
3   (3) No later than April 5, 2010, Defendants shall file their reply.
4   The hearing on the parties' motions for summary judgment shall remain on calendar on
5   April 19, 2010, at 9:00 A.M. in Courtroom 4.

7   IT IS SO ORDERED.
8   Dated: February 25, 2010

10  SD2002CV0701
    80433067.doc

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

PDF created with pdfFactory trial version www.pdffactory.com