1 LORI A. SCHECHTER (BAR NO. 139728)
  REBEKAH KAUFMAN (BAR NO. 213222)
2 NATALIE NAUGLE (BAR NO. 240999)
  MORRISON & FOERSTER LLP
3 425 Market Street
  San Francisco, California 94105-2482
4 Telephone: (415) 268-7000
  Facsimile: (415) 268-7522
5
  BARRY FRIEDMAN (admitted *pro hac vice*)
6 New York University School of Law
  40 Washington Square South, Room 317
7 New York, New York 10012-1099
  Telephone: (212) 998-6293
8 Facsimile: (212) 995-4030

9 Attorneys for Plaintiffs

10 NATIONAL ASSOCIATION OF OPTOMETRISTS &
   OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS
11 OF AMERICA, INC.

12              UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., in his official capacity as Attorney General of the State of California, et al., <br><br> Defendants. | No. CIV-S-02-1464 LKK DAD <br><br> **ORDER GRANTING PLAINTIFFS' REQUEST TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN REPLY ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT ON *PIKE*** <br><br> Date: April 19, 2010 <br> Time: 9:00 a.m. <br> Place: Honorable Lawrence K. Karlton <br>  Courtroom 4 |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
SEALING REQUEST

PDF created with pdfFactory trial version www.pdffactory.com

1         Plaintiffs' request to file under seal the following documents in support of Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Motion for Summary Judgment and In Reply on Plaintiffs' Motion for Summary Judgment on *Pike* is GRANTED:

- Plaintiffs' Memorandum of Points and Authorities In Opposition to Defendants' Motion for Summary Judgment and In Reply on Plaintiffs' Motion for Summary Judgment on *Pike*;
- Supplemental Declaration of Roger G. Noll, PhD Regarding Summary Judgment Motions on *Pike*;
- Plaintiffs' Reply to Defendants' Response to Plaintiffs' Separate Statement of Undisputed Facts in Support of Plaintiffs' Motion for Summary Judgment on *Pike*;
- Plaintiffs' Response to Defendants' Separate Statement of Undisputed Facts in Support of Defendants' Motion for Summary Judgment on *Pike*.

In accordance with this Court's January 22, 2010 Order granting Plaintiffs' prior sealing request (Docket No. 494), and its subsequent Order of February 25, 2010 granting Defendants' sealing request (Docket No. 520), these documents are to remain under seal pending this Court's determination of whether they should remain permanently sealed.

IT IS SO ORDERED.

Dated: March 15, 2010

                                                  /s/ Lawrence K. Karlton
                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com