1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| 12  **NATIONAL ASSOCIATION OF OPTOMETRISTS & OPTICIANS, LENSCRAFTERS, INC., EYE CARE CENTERS OF AMERICA, INC.,** | Case No. CIV-S-02-1464 LKK DAD |

**ORDER ON DEFENDANTS' MOTION TO FILE DOCUMENTS UNDER SEAL AND TO FILE PUBLIC VERSIONS SUPPORTING DEFENDANTS' REPLY ON MOTION FOR SUMMARY JUDGMENT ON *PIKE***

14                                         Plaintiffs,

15        **v.**

16

17      **EDMUND G. BROWN JR., IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, AND BRIAN J. STIGER, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE DEPARTMENT OF CONSUMER AFFAIRS,**

Date:        April 19, 2010
Time:        10:00 a.m.
Courtroom: 4
Judge:       The Honorable Lawrence K. Karlton

20

21                                         Defendants.

22

23        Defendants Edmund G. Brown Jr., in his official capacity as Attorney General of the State

24   of California, and Brian J. Stiger, in his official capacity as the Director of the Department of

25   Consumer Affairs' Motion to File Documents Under Seal and to File Public Versions Supporting

26   Defendants' Reply on Motion for Summary Judgment on *Pike* having been duly considered;

27   / / /

28

1

[Proposed] Order (CIV-S-02-1464 LKK DAD)

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY ORDERED that Defendants' Motion is GRANTED and that Defendants

2  are permitted to file the following documents pursuant to their request:

3    1.    Supplemental Declaration of Philip M. Parker, PhD Supporting Defendants' Reply on

4  Motion for Summary Judgment on *Pike* – Public and Under Seal Versions.

5    2.    Defendants' Reply Supporting Defendants' Separate Statement of Undisputed Facts

6  in Support of Defendants' Motion for Summary Judgment on *Pike* and in Opposition to Plaintiffs'

7  Motion for Summary Judgment on *Pike* – Under Seal Version only.

8    3.    Defendants' Response to Plaintiffs' Evidentiary Objections and Opposition to

9  Plaintiffs' Motion to Strike Defendants' Declarations and Evidence Submitted in Support of

10  Defendants' Motion for Summary Judgment on *Pike* and in Opposition to Plaintiffs' Motion for

11  Summary Judgment on Pike – Under Seal Version only.

12    4.    Defendants' Evidentiary Objections to, and Motion to Strike, Declarations and

13  Evidence Submitted by Plaintiffs on Motions for Summary Judgment on *Pike* – Under Seal

14  Version only.

15    IT IS FURTHER ORDERED that Defendants' request that the Court not "indefinitely" seal

16  any documents filed in conjunction with the pending dispositive Motions for Summary Judgment

17  on *Pike* or Oppositions to Motions for Summary Judgment on *Pike* will be further considered

18  following resolution of the parties' summary judgment motions.

19  IT IS SO ORDERED.

20  Dated:  April 8, 2010

21

22  _____
   LAWRENCE K. KARLTON
23  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

24

25

26

27

28

2

PDF created with pdfFactory trial version www.pdffactory.com