UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NATIONAL ASSOCIATION OF
OPTOMETRISTS & OPTICIANS;
LENSCRAFTERS, INC; and EYE
CARE CENTERS OF AMERICA, INC.,

      Plaintiffs,

  v.

EDMUND G. BROWN, JR., in his
official capacity as Attorney
General of the State of
California; and CARRIE LOPEZ
in her official capacity as
Director of the Department of
Consumer Affairs,

      Defendants.

NO. CIV. S-02-1464 LKK/DAD

O R D E R

On April 28, 2010, the court issued a proposed sealing order in this case. The order gave the parties fourteen (14) days to file objections to the proposed sealing order. No objections have been filed.

The court's proposed sealing order, which is now adopts, is the following:

1

The court is persuaded that compelling reasons support the sealing of LensCrafters' revenue and financial data that are not known to its competitors or to the public. This data constitutes proprietary information. Nonetheless, the documents which the parties request be sealed far exceed the mere recitation of revenue and financial data. This is especially so in the tentatively sealed briefs filed in this case.

In order to make public most of the information involved in these dispositive motions, the court intends to order parties to electronically file[1] all tentatively sealed documents redacting any references to or analysis of LensCrafters' revenue and financial data from which the proprietary data could be determined. All publically available data and most analysis should remain. Only the numerical data and any analysis from which a reader could deduce the numerical data shall be redacted. Upon this court's receipt of these redacted filings, the court will decide whether the redaction exceeds the narrow bounds of this request. The parties will be cautioned to narrowly interpret the extent of their redactions as this court intends to make public as much information as is appropriate under the circumstances.

For the foregoing reasons, the court orders as follows:

(1) The parties shall re-file their tentatively sealed documents in the following manner: Mail two compact discs ("CDs") to the Clerk of Court. The first CD should be labeled "Sealed Filings," and include complete PDF versions of all sealed documents. The second CD should be labeled "Redacted Filings," and include redacted PDF versions of all sealed documents. With each CD, the parties shall enclose a letter listing all the documents on each CD. This list shall include a short title for the document, the file name for the document, as saved on the CD, and the date upon which the document was

---

[1] The parties are instructed to refer to the specific instructions below as to the proper mechanism for filing.

1   initially filed. The CDs and the letters shall also
2   include the case number and party name. Please direct
3   any questions concerning the filing of the sealed
4   documents to Ana Rivas, Courtroom Deputy, at (916) 930-
5   4133.
6   (2) The parties shall file the sealed documents as described
7   above within seven (7) days of the issuance of this
8   order.
9   IT IS SO ORDERED.
10  DATED: June 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3